**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                      Chapter 13
                                     Case No.: 8:18-bk-05352-CPM

DENNIS MACKEY,

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIV TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 6th day of July, 2018.**

                                              Respectfully submitted,

                                              **GHIDOTTI | BERGER, LLP**
                                              *Attorneys for Secured Creditor*
                                              3050 Biscayne Blvd. - Suite 402
                                              Miami, Florida 33137
                                              Telephone: (305) 501.2808
                                              Facsimile: (954) 780.5578

                                              By:   /s/ Chase A. Berger
                                                       Chase A. Berger, Esq.
                                                       Florida Bar No. 083794
                                                       cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Dennis Mackey**
300 Suwannee Road
Winter Haven, FL 33884

*Debtor's Counsel*
**Kevin Merritt, Esq.**
335 Doris Drive
Lakeland, FL 33813

*Trustee*
**Jon Waage**
P.O. Box 25001
Bradenton, FL 34206-5001

*U.S. Trustee*
**United States Trustee – TPA 7/13, 7**
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.