UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

                          Case No.: 8:18-bk-05352-CPM
                          Chapter 13

**DENNIS MACKEY**,

    Debtor.
_____/

**OBJECTION TO CONFIRMATION OF
DEBTOR'S PROPOSED CHAPTER 13 PLAN**

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIV TRUST** ("BSI Financial Services" or "Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan, and states:

1. On June 27, 2018 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2. On July 25, 2018, the Debtor filed its proposed Chapter 13 Plan [D.E. 14](the "Plan").

3. The Plan indicates an intention to pursue Mortgage Modification Mediation ("MMM"), however, to date, the Debtor has not yet filed a Motion for Referral to MMM. The Debtor cannot modify the subject loan documents solely through plan treatment. Pursuant to 11 U.S.C. § 1322(b)(2), the terms of the original Note and Mortgage shall remain in full force and effect unless and until there has been a judicial determination and approval of a loan modification offered after completion of a loan modification review, if the MMM motion is appropriately and timely filed.

4. Secured Creditor is the owner and holder of that certain promissory note and that mortgage recorded as Instrument #2010128985, in OR Book 08198, Pages 1724 - 1733, in the Official Records of Polk, Florida on the property located at *300 Suwanee Road, Winter Haven, FL 33884* (the "Property").

5. On July 27, 2018, Secured Creditor timely filed its secured proof of claim [Claim 3-1] which reflects a total secured claim amount of $168,612.91 with pre-petition arrearage amount of $21,916.02 and reflecting the on-going post-petition mortgage payment of $1,328.80.

6. Secured Creditor asserts that the Plan provides for payment of petition arrearages in the incorrect amount of $9,000.00 when in fact the correct amount of the pre-petition arrearage due to Secured Creditor is $21,916.02. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

7. Secured Creditor objects to any proposed plan which proposes to pay it anything less than total secured amount of $168,612.91 as well as anything less than $21,916.02 as payment of the pre-petition arrearages due and payable in equal monthly payments over the life of the plan.

8. Secured Creditor retains the right to inquire further into the Debtor's eligibility for loss mitigation options.

9. If mediation is conducted in this case and no agreement is reached between the parties, Secured Creditor's claim should be paid in full or the property surrendered to Secured Creditor and the automatic stay terminated *in rem* with respect to the collateral real property.

10. Debtor's plan should also account for future tax and insurance obligations.

11. Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Amended Chapter 13 Plan, and for any such other relief that the Court deems just and proper.

**Dated this 13th day of August, 2018.**

        Respectfully submitted,

        **GHIDOTTI | BERGER, LLP**
        *Attorneys for Secured Creditor*
        3050 Biscayne Blvd. - Suite 402
        Miami, Florida 33137
        Telephone: 305.501.2808
        Facsimile: 954.780.5578

        By:   /s/ Chase A. Berger
            Chase A. Berger, Esq.
            Florida Bar No. 083794
            cberger@ghidottiberger.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 13, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        By:   /s/ Chase A. Berger
            Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Dennis Mackey**
300 Suwannee Road
Winter Haven, FL 33884

*Debtor's Counsel*
**Kevin Merritt, Esq.**
335 Doris Drive
Lakeland, FL 33813

*Trustee*
**Jon Waage**
P.O. Box 25001
Bradenton, FL 34206-5001

*U.S. Trustee*
**United States Trustee – TPA 7/13, 7**
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

By:    /s/ Chase A. Berger
       Chase A. Berger, Esq.